# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS JAVIER MENDOZA-ORDONEZ, | : |
| | : CIVIL ACTION NO. 1:16-CV-1777 |
| Petitioner, | : |
| | : (Judge Mariani) |
| v. | : (Magistrate Judge Mehalchick) |
| CRAIG A. LOWE, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 28th DAY OF MARCH 2019**, upon *de novo* review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 44), **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 44) is **NOT ADOPTED.**

2. The objections raised in Petitioner's Objections to the Report and Recommendation (Doc. 45) are **SUSTAINED** to the extent set forth in the Court's Memorandum Opinion.

3. Petitioner's Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act (Doc. 35) is **GRANTED IN PART and DENIED IN PART**:

    a. The Motion is GRANTED in that Petitioner is awarded EAJA fees and costs as of November 2, 2016;

      b.      The Motion is DENIED as to the period of August 21, 2016, through November 1, 2016.

4. $19,596.49 in fees and costs are awarded to Brophy and Lenahan P.C. pursuant to 28 U.S.C. § 2412(d)(1)(A).

5. The Clerk of Court is directed to close this case.

_____
Robert D. Mariani
United States District Judge